IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

RONALD W. WALDEN, JR.,

    Plaintiff,                                         Civil Action No:   3:22-cv-00377-MHL

    v.

WHITEHEAD & CHIOCCA
 PROPERTIES, LLC,
a Virginia Limited Liability Company,

    Defendant.

## NOTICE OF SETTLEMENT

PLEASE TAKE NOTICE Plaintiff Ronald W. Walden, Jr. and Defendant Whitehead & Chiocca Properties, LLC (together, "Parties") have reached an agreement regarding all substantive issues in dispute in this matter, including attorneys' fees and costs. The parties are currently reducing their agreement to writing. The parties anticipate filing a notice of dismissal within fourteen (14) days once all parties execute the agreement. The parties request that the Court adjourn all upcoming hearings and deadlines pending filing a notice of dismissal.

                                                          **Ronald W. Walden, Jr.**

                                                          By: */s/ Deborah C. Waters*

                                                          Deborah C. Waters, Esquire
                                                          Virginia State Bar # 28913
                                                          L. Clayton Magee, Esquire
                                                          Virginia State Bar # 95399
                                                          Waters Law Firm, P.C.
                                                          Town Point Center Building, Suite 600
                                                          150 Boush Street

Norfolk, VA 23510  
Telephone: (757) 446-1434  
Facsimile: (757) 446-1438  
dwaters@waterslawva.com  
cmagee@waterslawva.com  
*Counsel for Plaintiff*

Norfolk, VA 23510  
Telephone: (757) 446-1434  
Facsimile: (757) 446-1438  
dwaters@waterslawva.com  
cmagee@waterslawva.com  
*Counsel for Plaintiff*

**Whitehead & Chiocca Properties, LLC**

By: /s/ M. Scott Fisher

M. Scott Fisher, Jr., Esquire  
Virginia State Bar No. # 78485  
Harman, Claytor, Corrigan & Wellman  
P.O. Box 70280  
Richmond, Virginia 23255  
Tel: (804) 747-5200  
Fax: (804) 747-6085  
sfisher@hccw.com  
*Counsel for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on the 29th day of August 2022, I have filed the foregoing document via the Court's CM/ECF system, which will make electronic service on the following:

M. Scott Fisher, Jr., Esquire  
Harman, Claytor, Corrigan & Wellman  
P.O. Box 70280  
Richmond, Virginia 23255

/s/ Deborah C. Waters  
Deborah C. Waters, Esquire  
Virginia State Bar # 28913  
dwaters@waterslawva.com  
Waters Law Firm, P.C.  
Town Point Center Building, Suite 600  
150 Boush Street  
Norfolk, VA 23510  
Telephone: (757) 446-1434  
Facsimile: (757) 446-1438  
*Counsel for Plaintiff*