IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

**RONALD W. WALDEN, JR.,**

    Plaintiff,                                Civil Action No:   3:22-cv-00377-MHL

    v.

**WHITEHEAD & CHIOCCA
 PROPERTIES, LLC,**
a Virginia Limited Liability Company,

    Defendant.

## STIPULATION OF SETTLEMENT

PLEASE TAKE NOTICE Plaintiff Ronald W. Walden, Jr. and Defendant Whitehead & Chiocca Properties, LLC (together, "Parties") reached an agreement regarding all disputed issues in the case, including attorneys' fees and expenses, as evidenced by the Agreed Order of Dismissal endorsed by all parties, and attached to this Stipulation as Exhibit A.  Accordingly, the parties request that the Court enter the attached order and remove this action from the Court's docket.

                                                **Ronald W. Walden, Jr.**

                                                By: _/s/ Deborah C. Waters_
                                                Deborah C. Waters, Esquire
                                                Virginia State Bar # 28913
                                                L. Clayton Magee, Esquire
                                                Virginia State Bar # 95399
                                                Waters Law Firm, P.C.
                                                Town Point Center Building, Suite 600
                                                150 Boush Street
                                                Norfolk, VA 23510

>Telephone: (757) 446-1434
>Facsimile: (757) 446-1438
>dwaters@waterslawva.com
>cmagee@waterslawva.com
>
>*Counsel for Plaintiff*
>
>**Whitehead & Chiocca Properties, LLC**
>
>By: /s/ *M. Scott Fisher*
>M. Scott Fisher, Jr., Esquire
>Virginia State Bar No. # 78485
>Harman, Claytor, Corrigan & Wellman
>P.O. Box 70280
>Richmond, Virginia 23255
>Tel: (804) 747-5200
>Fax: (804) 747-6085
>sfisher@hccw.com
>
>*Counsel for Defendant*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 12th day of September 2022, I have filed the foregoing document via the Court's CM/ECF system, which will make electronic service on the following:

M. Scott Fisher, Jr., Esquire
Harman, Claytor, Corrigan & Wellman
P.O. Box 70280
Richmond, Virginia 23255

                                        By: */s/ Deborah C. Waters*
                                            Deborah C. Waters, Esquire
                                            Virginia State Bar # 28913
                                            L. Clayton Magee, Esquire
                                            Virginia State Bar # 95399
                                            Waters Law Firm, P.C.
                                            Town Point Center Building, Suite 600
                                            150 Boush Street
                                            Norfolk, VA 23510
                                            Telephone: (757) 446-1434
                                            Facsimile: (757) 446-1438
                                            dwaters@waterslawva.com
                                            cmagee@waterslawva.com
                                            *Counsel for Plaintiff*