IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

RONALD W. WALDEN, JR.,

    Plaintiff,                              Civil Action No:  3:22-cv-00377-MHL

v.

WHITEHEAD & CHIOCCA
PROPERTIES, LLC,
a Virginia Limited Liability Company,

    Defendant.

## AGREED DISMISSAL ORDER

Plaintiff Ronald W. Walden Jr. and Defendant Whitehead & Chiocca Properties, LLC (together, "Parties") represented to the Court the Parties entered into a settlement agreement and thereby resolved all claims in this matter, including attorneys' fees and costs.

It appearing to the Court that the Parties resolved their differences in full, it is hereby ORDERED that this matter be and is DISMISSED WITH PREJUDICE and removed from the docket of this Court.

/s/
M. Hannah Lauck
United States District Judge

United States District Judge

ENTERED:  9 / 14 / 2022

/s/

M. Hannah Lauck
United States District Judge